

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
**SEP 2 8 2001**
2001 SEP 28 AM 9:19

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Sherry Lynn Blancher and Stanley Blancher | * | C/A NO. 01-2757 |
| | * | COMPLAINT |
| VERSUS | | |
| | * | DEMAND FOR JURY TRIAL |
| Papa John's International, Inc. | | |
| | * | SECTION "J" BARBIER |
| | * | MAG. (1) SHUSHAN |

* * * * * * * * * * * * * *

### MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel come Complainants, and Movers herein, Sherry Lynn Blancher and Stanley Blancher, and on suggesting to this Honorable Court that defendant Papa John's International, Inc., was erroneously named as defendant herein. (See document attached hereto listed as exhibit "A"). Movers now desire to dismiss their claims solely against defendant, Papa John's International, Inc., without prejudice, each party to bear their own respective costs.

Respectfully submitted,

DATE OF ENTRY

SEP 2 8 2001

_____
**JAMES A. HATCH (#26045)**    T.A.
**ROY F. AMEDEE, JR. (#2449)**
**ATTORNEYS AT LAW**
425 West Airline Highway, Suite B
LaPlace, LA 70068-3818
Telephone:  (985) 651-6101
Facsimile:  (985) 651-6104

Process____
X Dktd____
  CtRmDep____
  Doc.No.____



Better Ingredients.
Better Pizza.

Lori A. Rehmet, AIC, LPCS
Risk Management Department
2002 Papa John's Blvd.
Louisville, KY 40299
Direct Dial (502) 261-4954

September 18, 2001

James A. Hatch
425 West Airline Hwy., Suite B
Laplace, LA 70068

Re: Your Client:   Sherry Lynn Blancher
    Date of Loss:  06/20/01

Dear Mr. Hatch:

Thank you for talking with me yesterday about this lawsuit filed on behalf of your mother-in-la, Sherry Lynn Blancher. As we discussed, the restaurant at 2625 David Drive, Metairie, Louisiana is owned and operated by First Acadiana Financial Services, LLC. They can be contacted c/o Jerry Moore at 600 Jefferson St., Suite 1030, LaFayette, LA 70501.

As agreed, you will Dismiss the federal lawsuit against Papa John's in its entirety and you will refile in State Court against the appropriate party defendant. We would appreciate your sending us a copy of the Dismissal so that we can ensure that this matter was concluded without the necessity of our having to retain counsel in this matter.

If you have any questions, please feel free to call me.

Sincerely,

PAPA JOHN'S INTERNATIONAL, INC.

Lori A. Rehmet, AIC, LPCS
Claim & Financial Analyst

Cc: Jerry Moore/First Acadiana Financial Services

EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Sherry Lynn Blancher and Stanley Blancher | * | C/A NO. 01-2757 |
| | * | COMPLAINT |
| VERSUS | | |
| | * | DEMAND FOR JURY TRIAL |
| Papa John's International, Inc. | | |
| | * | SECTION "J" BARBIER |
| | * | MAG. (1) SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing:

**IT IS ORDERED** that the claims of the Complainants, Sherry Lynn Blancher and Stanley Blancher, solely against defendant, Papa John's International, Inc., be and is hereby **DISMISSED**, without prejudice, with each party to bear its own respective costs.

New Orleans, Louisiana, this ____ day of _September_____, 2001.

_____
JUDGE